**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 20, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00089-CV

---

## IN RE FACEBOOK, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-69816**

---

## MEMORANDUM OPINION

On January 30, 2020, relator Facebook, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tayna Garrison, serving as ancillary judge for the 334th District Court of Harris County, to vacate her temporary restraining order signed on January 28, 2020.

Relator also filed a motion asking this court to stay the temporary restraining order pending our decision on the petition. *See* Tex. R. App. P. 52.8(b), 52.10.

On February 7, 2020, relator filed an unopposed motion to withdraw and dismiss its petition for writ of mandamus. Such motion is granted and the petition for writ of mandamus and motion for stay are dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.

2